**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 149 MAL 2023

           Respondent

                                                          :   Petition for Allowance of Appeal
                                                          :   from the Order of the Superior Court

            v.

MICHAEL PATRICK BAKER,

           Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 150 MAL 2023

           Respondent

                                                          :   Petition for Allowance of Appeal
                                                          :   from the Order of the Superior Court

            v.

MICHAEL PATRICK BAKER,

           Petitioner

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.